merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64574.**—Filetta Fish, a/c W. J. Byrnes v. United States, protests 59/13247, 59/18881, and 59/23392 (San Francisco).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64575.**—Fishery Products, Inc. v. United States, protests 59/21322 and 59/25171 (Cleveland).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64576.**—Eastern Commission Co., Inc. v. United States, protests 59/30632 and 59/30614 (New York).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 64577.**—Joseph C. Murray & Co. and Pacmarine Products Co., Inc. v. United States, protests 59/30715 and 59/30729 (New York).